UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYANN FLINT,

        Plaintiff,

v.

FAIRHAVEN PIZZA, LLC,

        Defendant.

C17-775 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's unopposed motion for extension of time, docket no. 10, is GRANTED as follows. The deadline for defendant to file a responsive pleading or motion is EXTENDED to July 31, 2017.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of June, 2017.

                          William M. McCool
                          Clerk

                          s/Karen Dews
                          Deputy Clerk

MINUTE ORDER - 1