UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYANN FLINT,

                Plaintiff,

    v.

FAIRHAVEN PIZZA LLC,

                Defendant.

C17-775 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 14, for extension of certain deadlines is GRANTED as follows:

| | |
|---|---|
| Responsive pleadings or motions are DUE by | September 29, 2017 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | October 20, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | November 3, 2017 |
| Combined Joint Status Report and Discovery Plan | November 3, 2017 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of July, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1