THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYANN FLINT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRHAVEN PIZZA LLC,<br><br>　　　　　Defendant. | No. 2:17-CV-00775-MJP<br><br>ORDER EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING, INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

The Court orders extending the following deadlines 90 days while the parties explore resolution of the above-captioned matter:

| Pleading | Current Deadline | New Deadline |
|---|---|---|
| Defendant's Answer | September 29, 2017 | December 28, 2017 |
| Deadline for FRCP 26(f) Conference | October 20, 2017 | January 18, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | November 3, 2017 | February 1, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | November 3, 2017 | February 1, 2018 |

The clerk is ordered to provide copies of this order to all counsel.

Dated September 26, 2017.

*[signature]*