THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

9  KYANN FLINT,                              No.  2:17-CV-00775-MJP

10                     Plaintiff,            LCR 11 NOTICE OF SETTLEMENT
                                             AND REQUEST TO STAY TRIAL
11         v.                                DEADLINES

12  FAIRHAVEN PIZZA LLC,

13                     Defendant.

14

15         Defendant Fairhaven Pizza, LLC, by and through its counsel, and Plaintiff Kyann

16  Flint, by and through her counsel, notifies the Court, pursuant to local Civil Rule 11(b), the

17  parties have reached a settlement in principal. The parties request that this Court stay all trial

18  deadlines for three weeks, or January 18, 2018 in order to allow the parties to pursue a final

19  settlement of this matter.

    / / /
20
    / / /
21

22

23

24

NOTICE OF SETTLEMENT
(No. 2:17-cv-00775-MJP) – Pg. 1

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

1

2          DATED this 28th day of December, 2017.

3

4    By: s/ Edward I. Zwilling                    By:  s/ Bryce J. Wilcox

5    Edward I. Zwilling, a*dmitted pro hac vice*   Bryce J. Wilcox, WSBA #18455
     Schwartz Roller & Zwilling                   Lee & Hayes, PLLC
6    600 Vestavia Pkwy, Ste. 251                  601 W. Riverside Avenue, Suite 1400
     Birmingham, AL 35007                         Spokane, WA 99201
7    Phone: (205) 822-2701                        Phone: (509) 324-9256
     Email: ezwilling@szalaw.com                  Fax: (509) 323-8979
8                                                 Email: Bryce@leehayes.com
     Bridget Bourgette Shaw, Esq., WSBA # 28850
9    Shaw Law Group, PLLC                         *Attorneys for Defendant*
     323 1st Avenue West
10   Seattle, WA 98119
     Phone: (206) 623-1225
11   Fax: (206) 283-0923
     Email: Bridget@shawlawgrouppllc.com
12
     *Attorneys for Plaintiff*
13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF SETTLEMENT
(No. 2:17-cv-00775-MJP) – Pg. 2

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

1

2

**CERTIFICATE OF SERVICE**

3          I hereby certify that on the 28th day of December, 2017, I caused the foregoing to be

electronically filed with the Clerk of the Court using the CM/ECF system which will send
4

notification of such filing to all counsel of record for the Parties in the above-captioned
5
litigation.

6

7                                                  By:  s/ Bryce J. Wilcox
                                                   _____

8                                                  Bryce J. Wilcox, WSBA #18455
                                                   Lee & Hayes, PLLC
                                                   601 W. Riverside Avenue, Suite 1400
9                                                  Spokane, WA 99201
                                                   Phone: (509) 324-9256
10                                                 Fax: (509) 323-8979
                                                   Email: Bryce@leehayes.com
11

12                                                 *Attorneys for Defendant*

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF SETTLEMENT
(No. 2:17-cv-00775-MJP) – Pg. 3

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax